# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| JONCE MOJSOSKI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00019-HAB-SLC |
| DEPARTMENT OF LEADERSHIP STUDIES, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Indiana Wesleyan University, Joanne Barnes, Patricia Johnson and Mark Rennaker    .

Date:    03/18/2022

/s/ Edward E. Hollis
*Attorney's signature*

Edward E. Hollis (#19402-49)
*Printed name and bar number*
QUARLES & BRADY LLP
135 N. Pennsylvania Street, Ste 2400
Indianapolis, IN 46204

*Address*

edward.hollis@quarles.com
*E-mail address*

(317) 957-5000
*Telephone number*

(317) 957-5010
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, a copy of the foregoing *Appearance of Counsel* was filed electronically. Notice of this filing will be sent to the following parties by placing a copy in the U.S. Mail. Parties may access this filing through the Court's system.

>Jonce Mojsoski
>6910 Revere Road
>Parma Heights, OH 44130

>/s/ Edward E. Hollis
>Edward E. Hollis (#19402-49)
>QUARLES & BRADY LLP
>135 N. Pennsylvania Street, Suite 2400
>Indianapolis, Indiana 46204
>Telephone: (317) 957-5000
>Facsimile: (317) 957-5010
>Email:     edward.hollis@quarles.com

QB\175016.00010\73055174.1