IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JONCE MOJSOSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:22-cv-00019-HAB-SLC |
| | ) |
| DEPARTMENT OF LEADERSHIP STUDIES, INDIANA WESLEYAN UNIVERSITY, JOANNE BARNES, PATRICIA JOHNSON, and MARK RENNAKER, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants, Indiana Wesleyan University ("IWU"), Joanne Barnes ("Dr. Barnes"), Patricia Johnson ("Dr. Johnson"), and Mark Rennaker ("Dr. Rennaker") (collectively the "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 12(c), move the Court for entry of judgment on the pleadings against Plaintiff, Jonce Mojsoski. As explained in Defendants' Brief in Support of Their Motion for Judgment on the Pleadings, Plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendants are therefore entitled to judgment on the pleadings.

WHEREFORE, Defendants move the Court to enter judgment on the pleadings in their favor and against Plaintiff, and to award Defendants all other appropriate relief.

Respectfully Submitted,

QUARLES & BRADY LLP

By: */s/ Edward E. Hollis*
 Edward E. Hollis (#19402-49)
 135 N. Pennsylvania Street
 Suite 2400
 Indianapolis, IN  46204
 Tel:  317-957-5000
 Fax:  317-957-5010
 Edward.Hollis@quarles.com

 Brenna M. Wildt
 411 East Wisconsin Avenue
 Suite 2400
 Milwaukee, WI 53202-4428
 Tel:  414-277-5328
 Fax:  414 978-8892
 Brenna.Wildt@quarles.com

 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, a copy of the foregoing *Defendants' Motion for Judgement on the Pleadings* was filed electronically. Notice of this filing will be sent to the following *pro se* parties by placing a copy in the U.S. Mail.  Parties may access this filing through the Court's system.

    Jonce Mojsoski
    6910 Revere Road
    Parma Heights, OH 44130

 */s/Edward E. Hollis*
 Brenna M. Wildt

QB\175016.00010\73605138.1