IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISON

-FILED-

MAY 16 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JONCE MOJSOSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 1:22-cv-00019 |
| ) | |
| DEPARTMENT OF LEADERSHIP ) | MEMORANDUM IN SUPPORT OF |
| STUDIES, INDIANA WESLEYAN ) | OPPOSITION TO MOTION FOR |
| UNIVERSITY, JOANNE BARNES, ) | JUFGMENTS OF PLEADINGS |
| PATRICIA JOHNSON, and MARK ) | |
| RENNAKER, ) | |
| Defendants. | |

**PLAINTIFF'S OPPOSITION TO MOTION FOR JUDGEMENTS OF PLEADINGS**

Plaintiff Jonce Mojsoski, pro se, moves to the Court for the defendants' opposition to judgment on the pleadings. Plaintiff provided in the memorandum in support of opposition to the motion for judgments of pleadings proper claims for discrimination. Accordingly, the defendants' motion for judgments on the pleadings and to dismiss Plaintiff's complaint should be denied.

WHEREFORE, Plaintiff moves the Court to enter with leave for Plaintiff to strike the prayer for punitive damages in his favor.

Respectfully submitted,

Jon Mojsoski
6910 Revere Road,
Parma Heights, OH 44130
216-356-2832
jmoyso@yahoo.com

*Pro se*

1

## CERTIFICATE OF SERVICE

On May 13, 2022, I, at this moment, certify that I mailed a copy of the previous Plaintiff's Memorandum in Support of Opposition to Motion for Judgements of pleadings via U.S. Mail to The United States District Court Northern District of Indiana Fort Wayne Division. Notice of this filing also will be sent to the following attorneys for defendants by placing a copy in the U.S. Mail. Parties may access this filing through the Court's system.

Edward E. Hollis
135 N. Pennsylvania Street
Suite 2400
Indianapolis, IN 46204

Jon Mojsoski